# Notice Recipients

District/Off: 0971–4     User: admin     Date Created: 8/3/2026

Case: 26–41552     Form ID: 309A     Total: 529

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Virginia Carol Peterson | 4288 Oakwood Ct | Concord, CA 94521 UNITED STATES OF AMERICA |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee | Phillip J. Burton Federal Building 450 Golden Gate Ave. 5th Fl., #05–0153 San Francisco, CA 94102 |
| tr | Janina M Hoskins | Janina M. Hoskins, Trustee | P.O. Box 158 Middletown, CA 95461 |
| intp | James Richard Peterson | 4288 Oakwood Ct | Concord, CA 94521 |
| intp | Latasha Garcia | 2395 Willow Pass Road | Concord, CA 94521 |
| aty | Errol Wilfred J. Zshornack | Law Office of Errol J. Zshornack | 43 Palm Ave. Millbrae, CA 94030 |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 Sacramento, CA 95812–2952 |
| 15936865 | 2395 Willow Pass Llc | 2555 N Rancho Drive #1110 | Las Vegas, NV 89130 |
| 15936866 | Ada Gomez | 208 Stony Hill Cir | Oakley, CA 94561 |
| 15936867 | Adanari Carrillo | 3350 Main St | Oakley, CA 94561 |
| 15936868 | Adaysha Timms | 703 Seacliff Ct | Rodeo, CA 94572 |
| 15936869 | Adeesha Williams | 5441 Mountain Trail Way | Antioch, CA 94531 |
| 15936870 | Adita Shah | 25712 Cannistraci Ln | Hayward, CA 94541 |
| 15936871 | Adrienne Mckinley | 447 Collis St | Brentwood, CA 94513 |
| 15936872 | Adrienne Riccio | 236 Estates Dr | Danville, CA 94526 |
| 15936873 | Ahnesti Robinson | 106 Stanley Ct | Vacaville, CA 95687 |
| 15936874 | Aid Bajrami | 1400 Oak Haven Way | Antioch, CA 94531 |
| 15936875 | Aleah Chun | 1554 Lyman Ct | Concord, CA 94521 |
| 15936876 | Alejandra Castro | 69 Carol Ln Apt 401 | Oakley, CA 94561 |
| 15936877 | Alejandra Rivera | 2455 Pacific Grove Ct | Discovery Bay, CA 94505 |
| 15936878 | Alejandro Mercado | 366 Parkfield Way | Oakley, CA 94561 |
| 15936879 | Alexis Kurowski | 4899 Suisun Valley Rd | Fairfield, CA 94534 |
| 15936880 | Alice Longoria | 2443 Fillmore St Pmb 380–5713 | San Francisco, CA 94115 |
| 15936881 | Alicia Cook | 3244 Congressional Cir | Fairfield, CA 94534 |
| 15936882 | Allan Dikitanan | 749 Dynasty Dr | Fairfield, CA 94534 |
| 15936883 | Alysa Servida | 3785 Sailboat Dr | Discovery Bay, CA 94505 |
| 15936884 | Alyssa Mckinley | 447 Collis St | Brentwood, CA 94513 |
| 15936885 | Amanda Chavez | 215 Sorrento Ln | American Canyon, CA 94503 |
| 15936886 | Amelia Ng | 2883 Romora Bay Ct | Pittsburg, CA 94565 |
| 15936887 | American Express | Po Box 981535 | El Paso, TX 79998–1535 |
| 15936888 | Amit Srivastava | 7722 Stoneleaf Rd | San Ramon, CA 94582 |
| 15936889 | Amparo Gonzales | 721 Saddle Ridge Way | Fairfield, CA 94534 |
| 15936890 | Amudha Elumalai | 291 Huntley Ave | Tracy, CA 95391 |
| 15936891 | Amy Norris | 3713 Vancouver Way | Concord, CA 94520 |
| 15936892 | Ana Ramirez | 1367 Phoenix Dr Apt 10 | Fairfield, CA 94533 |
| 15936893 | Ana Rosas | 5677 Maymont Ln | Dublin, CA 94568 |
| 15936894 | Andjela Radusin | 119 Lorenzo Dr | Pleasant Hill, CA 94523 |
| 15936895 | Andrea Magana | 1417 Mellissa Cir | Antioch, CA 94509 |
| 15936896 | Andrea Olmstead | 1783 Danesta Dr | Concord, CA 94519 |
| 15936897 | Angel Foo | 431 Oak Crest Pl | Pittsburg, CA 94565 |
| 15936898 | Angela Bitondo | 2240 Lynbrook Dr | Pittsburg, CA 94565 |
| 15936899 | Angela Chittock | 151 S Code Ln Apt 10 | Pleasant Hill, CA 94523 |
| 15936900 | Anisha Tekwani | 1145 Riviera Ct | Livermore, CA 94551 |
| 15936901 | Annette Ching | 104 Krause Ter | Martinez, CA 94553 |
| 15936902 | April Cornejo | 5045 Crestpark Cir | Antioch, CA 94531 |
| 15936903 | Ashanti Smith | 63 Del Prado Cir | Fairfield, CA 94533 |
| 15936904 | Ashley Davis | 5354 Teresa Ct | Oakley, CA 94561 |
| 15936905 | Ashley Fernandez | 703 Preservation St | Pittsburg, CA 94565 |
| 15936906 | Ashley Rios | 225 Washington Dr | Brentwood, CA 94513 |
| 15936907 | Ashley Villalobos | 4126 Huckleberry Dr | Concord, CA 94521 |
| 15936908 | Ayla Ruiz | 2702 Silverado Ln | Livermore, CA 94550 |
| 15936909 | Ayush Ganeriwal | 5304 Asterwood Dr | Dublin, CA 94568 |
| 15936910 | Bailey March | Po Box 1014 | Discovery Bay, CA 94505 |
| 15936911 | Bauea Crosby | 3602 Dormer Ave | Concord, CA 94519 |
| 15936912 | Beatriz Sanchezruiz | 2751 Monument Blvd Apt 10 | Concord, CA 94520 |
| 15936913 | Benigno Luna | 1115 Virginia Ln Apt 44 | Concord, CA 94520 |
| 15936914 | Bhuvana Paramasivam | 1756 S Terracina Dr | Dublin, CA 94568 |
| 15936915 | Bianca Johnson | 448 Elder St | Vacaville, CA 95688 |
| 15936916 | Blanca Ruiz | 764 Goldcoast Dr | Fairfield, CA 94533 |
| 15936917 | Bonnie Cobiseno | 1775 Carriage Dr | Walnut Creek, CA 94598 |
| 15936918 | Brentwood Sunset 2010 Llc | 3361 Walnut Blvd Ste 120 | Brentwood, CA 94513 |
| 15936919 | Briana Raju | 4727 Braemer St | Antioch, CA 94531 |
| 15936920 | Brinda Biswas | 4397 N Sugar Maple Ct | Concord, CA 94521 |

15936921 Brittani Parker 3487 Astoria Cir Fairfield, CA 94534
15936922 Brittany Armstrong Whittington 5388 Chenin Blanc Pl Vallejo, CA 94591
15936923 Brittany Modesto Po Box 1014 Discovery Bay, CA 94505
15936924 Brittany Wilson 400 Dohrmann Ln Pinole, CA 94564
15936925 California Department of Tax and Fee Administration Po Box 942879 Sacramento, CA 94279–0001
15936926 Capital One Po Box 31293 Salt Lake City, UT 84131
15936927 Capital One Business Po Box 30285 Salt Lake City, UT 84130–0285
15936928 Carlos Barajas 4640 Duarte Ave Oakley, CA 94561
15936929 Carmelita Kerr 880 Hampton St Vacaville, CA 95687
15936930 Carmen Goodin 4703 Tobi Dr Concord, CA 94521
15936931 Catalina Perez 201 Adit Ct Vallejo, CA 94591
15936932 Catherine Ancheta 841 Antiquity Dr Fairfield, CA 94534
15936933 Catherine Manalili 780 Oak Grove Rd Concord, CA 94518
15936934 Celia Monroy 2139 Mt Diablo St Concord, CA 94520
15936935 Chad Dickens 1305 Essence Ln Fairfield, CA 94533
15936936 Chanda Alcantara 112 Citrine Ct Hercules, CA 94547
15936937 Channelle Washington Po Box 5041 Vallejo, CA 94591
15936938 Chara Bradstreet 3498 Torino Ct Concord, CA 94518
15936939 Cheryl Cados 4055 Pier Pt Discovery Bay, CA 94505
15936940 Chinmayi Arukala 6751 Aberdale Cir San Ramon, CA 94582
15936941 Christie Newport 505 Creekwood Ct Brentwood, CA 94513
15936942 Christina King 1043 Roosevelt St Fairfield, CA 94533
15936943 Christina Lopez 4340 Elk Dr Antioch, CA 94531
15936944 Christina Watts 2018 Hamstead Ct Vacaville, CA 95687
15936945 Christine Garrido 3728 Chapparal Ct Fairfield, CA 94534
15936946 Cindy Friedmann 24 Laurie Dr Brentwood, CA 94513
15936947 Cindy Matanane 22 Connick Ct San Ramon, CA 94583
15936948 Claire Deloviar 408 Meehan Ct Suisun City, CA 94585
15936949 Claudia Rojas 1813 Hayes Ct Concord, CA 94521
15936950 Collection Bureau of America 25954 Eden Landing Road Hayward, CA 94545–3816
15936951 Comcast Business 9401 E Panorama Cir Centennial, CO 80112–3403
15936952 Connie Colen 2913 Morro Ct Antioch, CA 94531
15936953 Continental Service Group Llc Po Box 5842 Concord, CA 94524
15936954 Contra Costa County Weights and Measures 2380 Bisso Lane Ste A Concord, CA 94520
15936955 Contra Costa County Tax Collector 625 Court Street Room 100 Martinez, CA 94553
15936956 Contra Costa County Tax Collector Po Box 631 Martinez, CA 94553–0063
15936957 Corrina Furtado 1853 Stewart Ln Antioch, CA 94509
15936958 Credit Control Llc Po Box 31179 Tampa, FL 33631–3179
15936959 Cristina Martinez 4448 Folsom Dr Antioch, CA 94531
15936960 Cristina Martinez 4448 Folsom Dr Antioch, CA 94531
15936961 Cristina Salgado 8057 Hedgepeth Rd Valley Springs, CA 95252
15936962 Crystal Delacruz 186 Burgundy Way Fairfield, CA 94533
15936963 Daniella Woldridge 1760 Autumn Meadow Dr Fairfield, CA 94534
15936964 Danielle Williamson 331 San Marino Ln Brentwood, CA 94513
15936965 Darlene Moirao 1770 Danesta Dr Concord, CA 94519
15936966 Daunuelle Graham 1420 Spur Ln Fairfield, CA 94533
15936967 Deanna Denoga 24703 Garwood Glen Dr Hayward, CA 94541
15936968 Debbie Ruiz 542 Eaker Way Antioch, CA 94509
15936969 Deborah Kaldunski 715 Outrigger Cir Brentwood, CA 94513
15936970 Deepika Paruchuri 6677 Grasshopper Ave Newark, CA 94580
15936971 Demaria Harris 1035 E Tennessee Ct Fairfield, CA 94533
15936972 Denise Hall 1505 Kirker Pass Rd Apt 223 Concord, CA 94521
15936973 Denise Peterson 2912 Mesa Oak Ct Brentwood, CA 94513
15936974 Department of the Treasury Bureau of the Fiscal Service Po Box 830794 Birmingham, AL 35283–0794
15936975 Desiree Ingram 4400 Keller Ave Ste 140 Oakland, CA 94605
15936976 Desiree Zee 1827 Yolanda Cir Clayton, CA 94517
15936977 Devangi Mewar 2523 Paddock Dr San Ramon, CA 94583
15936978 Devangi Mewar 2523 Paddock Dr San Ramon, CA 94583
15936979 Diana Barker 1017 Citron Dr Brentwood, CA 94513
15936980 Diana Luis 5248 Antiquity Cir Fairfield, CA 94534
15936981 Dorean Herrera 32 Winslow Pl San Ramon, CA 94583
15936982 Doreen Concepcion 1520 Landmark Dr Vallejo, CA 94591
15936983 Ed Pingol 22 Oakstone Way American Canyon, CA 94503
15936984 Edina Rahmanovic 2373 Riverview Dr Concord, CA 94520
15936985 Elif Castillo 1240 Oak Knoll Dr Concord, CA 94521
15936986 Ellie Beyler 8 Upson Ct Pleasant Hill, CA 94523
15936987 Elva Ochoa 390 Delta Rd Oakley, CA 94561
15936988 Emelyn Gildo 1916 Alpha Way Antioch, CA 94509
15936989 Emilia Melara 102 Riverview Dr Pittsburg, CA 94565
15936990 Emilia Melara 102 Riverview Dr Pittsburg, CA 94565
15936991 Ena Portillo 3200 Northwood Dr Apt 203 Concord, CA 94520
15936992 Enrica Wilkerson 97 Villa Cir Fairfield, CA 94533
15936993 Eric Goin 1821 Roseleaf Dr Fairfield, CA 94534
15936994 Eric Goin 1821 Roseleaf Dr Fairfield, CA 94534
15936995 Eric Lagomarsino 477 Tintori Ct Brentwood, CA 94513
15936996 Eric Singer 2904 Hearst Ct Fairfield, CA 94534

| | | | |
|---|---|---|---|
| 15936997 | Erica Parkison | 4139 Pickwick Dr | Concord, CA 94521 |
| 15936998 | Erica Parkison | 4139 Pickwick Dr | Concord, CA 94521 |
| 15936999 | Erik Bacher | 951 Princess Way | Brentwood, CA 94513 |
| 15937000 | Esmeralda Flores–Duenas | 845 Marjoram Dr | Brentwood, CA 94513 |
| 15937001 | Ethan Conrad | c/o Lazzarini Whiteford Young Llp | 900 Howe Ave Ste 250 Sacramento, CA 95825 |
| 15937002 | Evelyn Whiffin | 2313 San Michelle Ct | Concord, CA 94520 |
| 15937003 | Faren Gainous | 405 York Dr | Benicia, CA 94510 |
| 15937004 | Faviola Castro | 180 Sycamore Ave | Brentwood, CA 94513 |
| 15937005 | Felicia Buack | 1611 Port Way | Oakley, CA 94561 |
| 15937006 | Ferozan Ibrahimi | 280 Guthrie Ln | Brentwood, CA 94513 |
| 15937007 | Franj Melo | 1118 Skywest Ct | Fairfield, CA 94533 |
| 15937008 | Gabriela Erostico | 365 Gristmill Dr | Brentwood, CA 94513 |
| 15937009 | Gabriela Rodriguez Ruiz | 69 Carol Ln Apt 401 | Oakley, CA 94561 |
| 15937010 | Gabriella Nunez | 2827 Monument Blvd | Concord, CA 94520 |
| 15937011 | Gaby De La Vega | 240 Boone Rd Se | Salem, OR 97306 |
| 15937012 | Georgina Salameh | 5444 Summerfield Dr | Antioch, CA 94531 |
| 15937013 | Gina Robinson | 42 Conner Ct | Fairfield, CA 94534 |
| 15937014 | Gisela Gonzalez | 928 Springwood Ct | Rodeo, CA 94572 |
| 15937015 | Giselle Mcneill | 2958 Candleberry Way | Fairfield, CA 94533 |
| 15937016 | Gregory M Finch Esq | Signature Law Group Llp | 3400 Bradshaw Rd Suite A4–A Sacramento, CA 95827 |
| 15937017 | Gretchen Eger | 3718 Edmonton Way | Concord, CA 94520 |
| 15937018 | Gurpreet Anand | 558 Sycamore Rd | Pleasanton, CA 94566 |
| 15937019 | Hannah Dean | 1207 Davis Ave | Concord, CA 94518 |
| 15937020 | Hannah Mcdevitt | 203 Brushwood Pl | Brentwood, CA 94513 |
| 15937021 | Hazel Chism | 5179 Tuscany Dr | Fairfield, CA 94534 |
| 15937022 | Heather Richard | 198 Malicoat Ave | Oakley, CA 94561 |
| 15937023 | Heena Multani | 2083 Olivera Rd Apt G | Concord, CA 94520 |
| 15937024 | Holly Dokken | 70 Clove Ct | Oakley, CA 94561 |
| 15937025 | Honey Romero | 2611 Ohare Ave | San Pablo, CA 94806 |
| 15937026 | Huong Noriega | 3777 Chaparral Ct | Concord, CA 94519 |
| 15937027 | Hyrox North America Inc | 223 W Erie St 2ne | Chicago, IL 60654 |
| 15937028 | Idalia Marquez | 158 Sahara Dr | Pacheco, CA 94553 |
| 15937029 | Imelda Nunez | 151 Maureen Cir | Pittsburg, CA 94565 |
| 15937030 | Iris Villatoro | 2001 Biglow Dr | Antioch, CA 94509 |
| 15937031 | Irma Gutierrez | Po Box 1326 | Bethel Island, CA 94511 |
| 15937032 | Izabella Gonzalez | 351 Kenyon Way | Vallejo, CA 94589 |
| 15937033 | Jacqueline Ochoa | 151 Wellington Ave | Concord, CA 94520 |
| 15937034 | Jai Pal | 225 Delaware St | Vallejo, CA 94590 |
| 15937035 | Jaimelee Decambra | 2921 Garfield Pl | Antioch, CA 94509 |
| 15937036 | James Herwatt | 4260 Green Acres Ct | Fairfield, CA 94534 |
| 15937037 | Jamie Johnson | 1751 River Oaks Cir | Fairfield, CA 94533 |
| 15937038 | Jan Heaton | 70 Summit Cir | Walnut Creek, CA 94598 |
| 15937039 | Jan Wesdorf | 1100 Pleasant Valley Dr | Pleasant Hill, CA 94523 |
| 15937040 | Jana Parkinson | 4397 Tolenas Rd | Fairfield, CA 94533 |
| 15937041 | Jane Carrion | 8734 Galindo Dr | Dublin, CA 94568 |
| 15937042 | Jane Cresswell | 3309 Burning Tree Dr | San Ramon, CA 94583 |
| 15937043 | Janet Rivera | 939 Mayport Dr | Pittsburg, CA 94565 |
| 15937044 | Jasmin Donato–Gibbs | 143 Botticelli | Antioch, CA 94505 |
| 15937045 | Jaspreet Marahar | 3900 Business Center Dr | Fairfield, CA 94534 |
| 15937046 | Jayme Daley | 1408 Colton Pl | Martinez, CA 94553 |
| 15937047 | Jazmin Hernandez | 79 Atherton Cir | Pittsburg, CA 94565 |
| 15937048 | Jen Doty | 5072 Green Meadow Ct | Fairfield, CA 94534 |
| 15937049 | Jennavee Iglesia | 2393 St Augustine Dr | Brentwood, CA 94513 |
| 15937050 | Jennavee Iglesia | 2393 St Augustine Dr | Brentwood, CA 94513 |
| 15937051 | Jennifer Elacio | 189 Farallon Dr | Vallejo, CA 94590 |
| 15937052 | Jennifer Goodwin | 3866 Danbury Way | Fairfield, CA 94533 |
| 15937053 | Jennifer Hartman | 720 Beaver Ct | Discovery Bay, CA 94505 |
| 15937054 | Jennifer Montoya | 5292 Mohican Way | Antioch, CA 94531 |
| 15937055 | Jessica Balley | 224 Brushwood Pl | Brentwood, CA 94513 |
| 15937056 | Jessica Davis | 3314 Cecelia Way | Pittsburg, CA 94565 |
| 15937057 | Jessica Del Castillo | 1837 Enclave Pl | Concord, CA 94519 |
| 15937058 | Jessica Faiva | 1811 Anastasia Dr | Brentwood, CA 94513 |
| 15937059 | Jessica Fell | 2001 Aragon Dr | Pittsburg, CA 94565 |
| 15937060 | Jessica Lujan | 408 Landis Ave | Oakley, CA 94561 |
| 15937061 | Jessica Mccart | 2902 Vista Grande | Fairfield, CA 94534 |
| 15937062 | Jessica Mckeown | 48 Leeward Way | Pittsburg, CA 94565 |
| 15937063 | Jessica Penados | 3579 Tassajara Ct | Fairfield, CA 94533 |
| 15937064 | Jessica Rojas | 2305 Campbell Dr | Antioch, CA 94509 |
| 15937066 | Jill Knipstein | 1793 Glazier Dr | Concord, CA 94521 |
| 15937065 | Jill Mason | 901 Ruth Dr | Pleasant Hill, CA 94523 |
| 15937067 | Jocelyn Barahona | 412 Tradewinds Ct | Bay Point, CA 94565 |
| 15937068 | Joe Petras | 3442 Sanford St | Concord, CA 94520 |
| 15937069 | John S Richards Esq | Richards Law 261 Hartz Ave | Danville, CA 94526 |
| 15937070 | Jorge Barahona | 5033 Star Mine Way | Antioch, CA 94531 |
| 15937071 | Josephine Griffin | 503 Maggiore Ct | Brentwood, CA 94513 |
| 15937072 | Juan Felix | 1496 Del Rio Cir Unit B | Concord, CA 94518 |

15937073 Julie Phillips 678 Cherry Tree Way Brentwood, CA 94513
15937075 Julie Ridings 35 Phylis Dr Pleasant Hill, CA 94523
15937074 Julie Rowlands 88 Lozoya Way Oakley, CA 94561
15937076 Karel Roa 4541 Roebuck Way Antioch, CA 94531
15937077 Karen Castro 1165 Jordan Ln Oakley, CA 94561
15937078 Karen Young 407 Malicoat Ave Oakley, CA 94561
15937079 Karl Danielsen 3724 El Campo Ct Concord, CA 94519
15937080 Karl Santos 314 Potrero Way Fairfield, CA 94534
15937081 Karla Ramirez Po Box 989 Bethel Island, CA 94511
15937082 Karye Vallar 1857 Lynwood Dr Concord, CA 94519
15937083 Kashyab Rengasamy 4330 Sunset View Dr Dublin, CA 94568
15937084 Kathi Libbey 190 Wright Ct Brentwood, CA 94513
15937085 Kathleen Kertianis 2013 Fallen Leaf Cir Vacaville, CA 95687
15937086 Kathy Jones 58258 Del Trigo Ln Clayton, CA 94517
15937087 Kathy Ruck 2128 Swan Lake Ct Martinez, CA 94553
15937088 Katia Godinez 2065 Catalpa Way Antioch, CA 94509
15937089 Katie Haynes 850 Outrigger Cir Brentwood, CA 94513
15937090 Katrina Hermeston 5214 Roundup Way Antioch, CA 94531
15937091 Keir Robertson 8915 Great Rock Cir Sacramento, CA 95829
15937092 Kelli Humfeld 104 Scot Ct Fairfield, CA 94534
15937093 Kellie Campedel 338 Wellington Ave Concord, CA 94520
15937094 Kelly Presley 1209 Swan Lake Dr Fairfield, CA 94533
15937095 Kenneth Weaver 230 Stageline Dr Vallejo, CA 94591
15937096 Kerri Harrisgay Po Box 9088 Pittsburg, CA 94568
15937097 Keshav Koratkar 2625 Whitehorse Way Dublin, CA 94568
15937098 Khushmit Kaur 1903 Leaning Oak Dr Fairfield, CA 94534
15937099 Kornal Sodhi 558 Sycamore Rd Pleasanton, CA 94566
15937100 Krista Halog 4874 Wolf Way Concord, CA 94521
15937101 Kristie Duffy 26 London Ct Clayton, CA 94517
15937102 Kristin Pipkins 530 Saddle Creek Ct Brentwood, CA 94513
15937103 Kristin Richardson 280 Discovery Bay Blvd Discovery Bay, CA 94505
15937104 Kristina Castillo 1061 Vine Ave Martinez, CA 94553
15937105 Kristina Lahl 1710 Palmer Dr Concord, CA 94521
15937106 Kristina Seaton 1839 Lynwood Dr Concord, CA 94519
15937107 Larissa Morris 42 Vine St Vacaville, CA 95688
15937108 Laura Gutirrez 1951 Hoffman Ln Byron, CA 94514
15937109 Laura Maria 901 Brown St Martinez, CA 94553
15937110 Lauren Covinha 1820 Noemi Dr Concord, CA 94519
15937111 Lauren Daniels 4250 Dubhe Ct Concord, CA 94521
15937112 Lauren Gernhardt 596 Mt Dell Dr Clayton, CA 94517
15937113 Lawrence Tracy 1955 Hummingbird Dr Fairfield, CA 94534
15937114 Lawrence Tracy 1955 Hummingbird Dr Fairfield, CA 94534
15937115 Lawrence Valdez 231 Sorrento Ln American Canyon, CA 94503
15937116 Lazzarini Whiteford Young Llp 900 Howe Ave Ste 250 Sacramento, CA 95825
15937117 Lendistry 1735 Flight Way Ste 450 Tustin, CA 92782–1847
15937118 Leslie Tellez 749 Caskey St Bay Point, CA 94565
15937119 Leslie Tellez 749 Caskey St Bay Point, CA 94565
15937120 Leticia Serrano 2344 Upland Dr Concord, CA 94520
15937121 Leututu Tauoa 995 Oliver Rd Fairfield, CA 94534
15937122 Lily Jane Recinto 2336 10 Gate Rd Fairfield, CA 94534
15937123 Lincel Ignacio 2055 Falcon Dr Fairfield, CA 94533
15937124 Lindsay Platt 724 Shumardi Oak Ct Brentwood, CA 94513
15937125 Lindsey Fletcher 150 Holiday Hills Dr Martinez, CA 94553
15937126 Lindsey Wagnon 1805 Manzanita Dr Concord, CA 94519
15937127 Lisa Babot 331 Northampton Dr American Canyon, CA 94503
15937128 Lisa Del Rosario 175 Terrazzo Ln American Canyon, CA 94503
15937129 Lisa Emerick 2148 Ramona Dr Pleasant Hill, CA 94523
15937130 Lisa Fitzpatrick 1031 Nighthawk Way Brentwood, CA 94513
15937131 Lisa Larsgaard 102 Brixham Way Pleasant Hill, CA 94523
15937132 Lisa Ludden 7812 Mayan Ct Dublin, CA 94568
15937133 Lisa Romero 7542 Oxford Cir Dublin, CA 94566
15937134 Lisa Strong 5075 Green Meadow Ct Fairfield, CA 94534
15937135 Lisa Suchon 692 Hamilton Dr Vacaville, CA 95687
15937136 Lisa Warren 995 Oliver Rd Fairfield, CA 94534
15937137 Lorene Hammerson 1407 Camden Ct Brentwood, CA 94513
15937138 Luann Mangano 1661 Bedford Ct Brentwood, CA 94513
15937139 Luis Silva Mejia 5136 Hereford Way Antioch, CA 94531
15937140 Luisa Orozco 100 Chilpancingo Pkwy Apt 2202 Pleasant Hill, CA 94523
15937141 Luisa Orozco 100 Chilpancingo Pkwy Apt 2202 Pleasant Hill, CA 94523
15937142 Lydia Gutierrez 1651 Thornwood Dr Concord, CA 94521
15937143 Lynn Bowers 1107 San Donato Ct Brentwood, CA 94513
15937144 Maram Nassar 10 Greenwood Ct Pleasant Hill, CA 94523
15937145 Marcella Guillen 2170 Meadowlark Ln Oakley, CA 94561
15937146 Marco Montoya 39 Jalalon Pl Clayton, CA 94517
15937147 Margie Sunico 2120 Sweetwater Dr Fairfield, CA 94534
15937148 Mari Tijero Mendoza 512 Gadwall Dr Suisun City, CA 94585
15937149 Maria Cabrera 2966 Los Altos Way Antioch, CA 94509
15937150 Maria Cabrera Fairfield 912 Hollis Ct Vacaville, CA 95687

| | | | |
|---|---|---|---|
| 15937151 | Maria Camarena | 2537 Camarena Cir Apt B | Concord, CA 94520 |
| 15937152 | Maria Carbajal | 1271 Pine Creek Way Apt B | Concord, CA 94520 |
| 15937153 | Maria Guerrero | 2702 Garden Ave | Concord, CA 94520 |
| 15937154 | Maria Judith Rivera | 214 E Home St | Oakley, CA 94561 |
| 15937155 | Maria Mendoza | 1655 Sutter St Apt 4 | Concord, CA 94520 |
| 15937156 | Maria Padilla–Angel | 2664 Seminole Cir | Fairfield, CA 94534 |
| 15937157 | Maria Rubio | 552 Bailey Rd | Bay Point, CA 94565 |
| 15937158 | Maribel Castaneda | 1761 Elmhurst Ln | Concord, CA 94521 |
| 15937159 | Maricela Hernandez G | 191 Galloway Dr | Concord, CA 94518 |
| 15937162 | Marie Tara | 525 Madonna Ln | Walnut Creek, CA 94597 |
| 15937160 | Mariela Castro | 8892 Bellina Cmns | Dublin, CA 94568 |
| 15937163 | Marilyn Herwatt | 4260 Green Acres Ct | Fairfield, CA 94534 |
| 15937164 | Marino Yebri Llp | 1925 Century Park East Suite 2100 | Los Angeles, CA 90067 |
| 15937161 | Marisela Alvaro | 749 Crocket Dr | Brentwood, CA 94513 |
| 15937165 | Maritza Stovall | 2312 Crockett Ln | Oakley, CA 94561 |
| 15937166 | Mark Badua | 4273 Las Feliz Ct | Union City, CA 94587 |
| 15937167 | Marni Stanley | 11440 Byron Hwy | Brentwood, CA 94513 |
| 15937168 | Martha Ramirez | 77 Cassia St | Pittsburg, CA 94565 |
| 15937169 | Mary Sharp | 1087 Canyon Hills Rd | San Ramon, CA 94582 |
| 15937170 | Mary Uaisele | 5495 Wilke Dr | Concord, CA 94521 |
| 15937171 | Marybel Barrera | 3671 Vancouver Way | Concord, CA 94520 |
| 15937172 | Mayra Contreras–Bw | 4400 Bordeaux Dr | Oakley, CA 94561 |
| 15937173 | Mccarthy Burgess & Wolfe | 26000 Cannon Road | Cleveland, OH 44146 |
| 15937174 | Mccarthy Burgess & Wolfe | 26000 Cannon Road | Cleveland, OH 44146 |
| 15937175 | Mechanics Bank | Po Box 9362 | Walnut Creek, CA 94596–9362 |
| 15937176 | Meeran Saxena | 150 Alamo Springs Dr | Alamo, CA 94507 |
| 15937177 | Meeran Saxena | 150 Alamo Springs Dr | Alamo, CA 94507 |
| 15937178 | Melinda Perez | 147 Wexford St | Brentwood, CA 94513 |
| 15937179 | Melinda Sanchez | 1901 Blossom Dr | Antioch, CA 94509 |
| 15937181 | Melissa Gonzalez | 5125 Paddock Ct | Antioch, CA 94531 |
| 15937180 | Melissa Gonzalez | 652 Rice Street | Brentwood, CA 94513 |
| 15937182 | Melissa Warner | 1969 Las Flores Dr | Brentwood, CA 94513 |
| 15937183 | Method Insurance Services Llc | 13810 Fnb Parkway Ste 450 | Omaha, NE 68154 |
| 15937184 | Michele Caceres | 1860 Solano Way | Concord, CA 94520 |
| 15937185 | Michele Johansen | 3546 Wren Ave | Concord, CA 94519 |
| 15937186 | Michelle Mathat | 601 Gracie Ln | Brentwood, CA 94513 |
| 15937187 | Michelle Monroe | 3048 Chrisland Ct | Concord, CA 94520 |
| 15937188 | Michelle Thompson | 795 Shell Ave | Martinez, CA 94533 |
| 15937189 | Miguel Diaz | 25 Christine Lane | Oakley, CA 94561 |
| 15937190 | Miguel Diaz | 25 Christine Ln | Oakley, CA 94561 |
| 15937191 | Mindi Pierce | 4589 Ford Ct | Brentwood, CA 94513 |
| 15937192 | Miqaela Williams | 264 Reynard Ln | Vallejo, CA 94591 |
| 15937193 | Miranda Mejia | 1413 Jacobsen St | Antioch, CA 94509 |
| 15937194 | Mirela Varga | 3936 Hidden Grove Ln | Concord, CA 94519 |
| 15937195 | Miriam Gutierrez | 806 Tulare Cir | Suisun City, CA 94585 |
| 15937196 | Misty Colridge | 2166 Ann St | Concord, CA 94520 |
| 15937197 | Misty Summers | 5217 Concord Blvd | Concord, CA 94521 |
| 15937198 | Misty Webb | 2214 Cecelia Way | Pittsburg, CA 94565 |
| 15937199 | Mitsubishi Hc Capital America Inc | Po Box 1880 | Minneapolis, MN 55480–1880 |
| 15937200 | Molly Gadek | 1134 Dainty Ave | Brentwood, CA 94513 |
| 15937201 | Mona Abdelmonem | 7 Castlewood Dr | Pleasanton, CA 94566 |
| 15937202 | Monica Garcia | 958 Express Ct | Concord, CA 94518 |
| 15937203 | Monica Jimenez | 1002 Meadow Brook Dr | Brentwood, CA 94513 |
| 15937204 | Monica Pingol | 22 Oakstone Way | American Canyon, CA 94503 |
| 15937205 | Monica Pomeranz | 5284 Antiquity Cir | Fairfield, CA 94534 |
| 15937206 | Monica Ravanello | 3231 Hilton Head Dr | Fairfield, CA 94534 |
| 15937207 | Monique Arzaga | 186 Oakpoint Ct | Bay Point, CA 94565 |
| 15937208 | Monique Cortes | 2284 Demartini Ln | Brentwood, CA 94513 |
| 15937209 | Mt Diablo Resource Recovery | Po Box 5397 | Concord, CA 94524–0397 |
| 15937210 | Murthy Gari | 1635 N Terracina Dr | Dublin, CA 94568 |
| 15937211 | Myzone Inc | 1755 Park St Suite 200 | Naperville, IL 60563 |
| 15937212 | Nahleen Herranz | 1958 Cherry Hills Dr | Discovery Bay, CA 94505 |
| 15937213 | Nancy Krutzsch | 4383 Cheltenham Ct | Concord, CA 94521 |
| 15937214 | Nancy Maloney | 1645 N Iron Bello Pl | Eagle, ID 83616 |
| 15937215 | Neil Valle | Po Box 2334 | Benicia, CA 94510 |
| 15937216 | Nichole Medrano | 2447 Ranchito Dr | Concord, CA 94520 |
| 15937217 | Nicole Armbruster | 365 N K St | Livermore, CA 94551 |
| 15937218 | Nicole Howard | 2501 Shorey Way | Fairfield, CA 94533 |
| 15937219 | Nicole Mckinney | 2355 Fairfield Ave Apt 13 | Fairfield, CA 94533 |
| 15937220 | Nicole Scheibli | 7001 Sunni Ln Apt 413 | Walnut Creek, CA 94597 |
| 15937221 | Nicole Turner–Daniels | 13111 Kimberly Ct | Suisun City, CA 94585 |
| 15937222 | Nikki Ausk | 3749 Pintall Dr | Antioch, CA 94509 |
| 15937223 | Nina Gonzales | 721 Saddle Ridge Way | Fairfield, CA 94534 |
| 15937224 | Nivedita Kunte | 6715 Paseo Catalina | Pleasanton, CA 94566 |
| 15937225 | Noorya Neyazi | 5518 Clovercrest Ct | Antioch, CA 94531 |
| 15937226 | Norma Larios | 2703 Sheldon Ct | Richmond, CA 94803 |
| 15937227 | Nppg Plan Professionals Llc | 494 Sycamore Ave Suite 100 | Shrewsbury, NJ 07702 |
| 15937228 | Olivia Collini | 520 Zenith Ridge Dr | Danville, CA 94506 |

| | | | |
|---|---|---|---|
| 15937229 | Omar Butler | 1460 Hutchinson Ct | Pinole, CA 94564 |
| 15937230 | Ondeck | 1400 Broadway 25th Floor | New York, NY 10018 |
| 15937231 | Pacific Gas and Electric Company | Po Box 8329 | Stockton, CA 95208 |
| 15937232 | Paige Holbrook | 306 Shady Oak Dr | Oakley, CA 94561 |
| 15937233 | Pam Rampone | Po Box 518 | Knightsen, CA 94548 |
| 15937234 | Pamela Nandi | 4130 Healdsburg Way | Dublin, CA 94568 |
| 15937235 | Paola Salazar | 1600 Daisy Way | Antioch, CA 94509 |
| 15937236 | Pardeep Grewal | 25525 Crestfield Dr | Castro Valley, CA 94552 |
| 15937237 | Patricia Acosta | 104 Manchester Dr | Fairfield, CA 94533 |
| 15937238 | Patricia Giles | 1944 Mount Powell Ct | Antioch, CA 94531 |
| 15937239 | Patricia Harris | 1640 Dawson Ct | Oakley, CA 94561 |
| 15937240 | Patty Membreno | 5255 Clayton Rd Apt 235 | Concord, CA 94521 |
| 15937241 | Paula Brotherson | 208 Escobar Pl | San Ramon, CA 94583 |
| 15937242 | Paula Eisenberg | 1727 Newport Dr | Discovery Bay, CA 94505 |
| 15937243 | Peggy Bridges | 2787 St Andrews Dr | Brentwood, CA 94513 |
| 15937244 | Pradeep Mishra | 4377 Talie Way | Dublin, CA 94568 |
| 15937245 | Praveena Boppudi | 3930 Southbridge Way | Dublin, CA 94568 |
| 15937246 | Priya Koratkar | 2625 Whitehorse Way | Dublin, CA 94568 |
| 15937247 | Priya Sanil | 9 Creekledge Ct | Danville, CA 94506 |
| 15937248 | Priya Srinivasan | 4440 Caren St | Fremont, CA 94538 |
| 15937249 | Queen Overstreet | 5160 Fern Ridge Cir | Discovery Bay, CA 94505 |
| 15937250 | Rachel Morris | 1444 La Vista Ave | Concord, CA 94521 |
| 15937251 | Rachel Valdez | 231 Sorrento Ln | American Canyon, CA 94503 |
| 15937252 | Rachelle Gomes | 616 Red Rome Ln | Brentwood, CA 94513 |
| 15937253 | Rachelle Naylor | 605 Kinglet St | Suisun City, CA 94585 |
| 15937254 | Ragini Porwal | 5477 Blackbird Dr | Pleasanton, CA 94566 |
| 15937255 | Rahalla Hailu | 20 Chives Way | Walnut Creek, CA 94595 |
| 15937256 | Ramon Hartzog | 735 Glacier Way | Fairfield, CA 94534 |
| 15937257 | Ranjana Bali | 5100 B1 Clayton Rd #206 | Clayton, CA 94521 |
| 15937258 | Raquel Palacios | 1200 5th Ave | Concord, CA 94518 |
| 15937259 | Rasika Dua | 415 N Sierra Madre St | Mountain House, CA 95391 |
| 15937260 | Rebecca Escalera | 417 Maloney Ct | Suisun City, CA 94585 |
| 15937261 | Reene Mele Mataitoga–Roberson | 1320 Lani Kai Dr Apt H7 | Concord, CA 94520 |
| 15937262 | Regina Echavez | 580 Silver Dr | Vacaville, CA 95687 |
| 15937263 | Regina Gentry | 3910 Mosswood Ct | Concord, CA 94519 |
| 15937264 | Renee Blum | Po Box 1673 | Bethel Island, CA 94511 |
| 15937265 | Renee Halog | 2926 Lundin Ln | Brentwood, CA 94513 |
| 15937266 | Rhea Amante | 3736 Santa Rita Dr | Concord, CA 94519 |
| 15937267 | Rhonda Parham | 5288 Mohican Way | Antioch, CA 94531 |
| 15937268 | Rick Edge | 762 Garland Ave | Sonoma, CA 95476 |
| 15937269 | Ricky Montoya | 39 Jalalon Pl | Clayton, CA 94517 |
| 15937270 | Ritu Ganguly | 6215 Woodvale Ter | Dublin, CA 94568 |
| 15937271 | Riva Mullins | 575 Tawny Pl | Fairfield, CA 94534 |
| 15937272 | Robert Riccio | 236 Estates Dr | Danville, CA 94526 |
| 15937273 | Robert Riccio | 236 Estates Dr | Danville, CA 94526 |
| 15937274 | Robyn Albarran | 5482 Aspen St | Dublin, CA 94568 |
| 15937275 | Rocio Samano | 1492 Marclair Dr Apt B | Concord, CA 94521 |
| 15937276 | Rocio Urrea | 2528 Ohio Ave | South Gate, CA 90280 |
| 15937277 | Roic Pinole Vista Llc | 11250 El Camino Real Suite 200 | San Diego, CA 92130 |
| 15937278 | Romeo Benin | 3025 Aragon Dr | Pittsburg, CA 94565 |
| 15937279 | Rosa Flores | 404 Hill Ave | Oakley, CA 94561 |
| 15937280 | Rose Muthama | 1706 Newburgh Ct | Fairfield, CA 94534 |
| 15937281 | Rose Valle | 245 Marina Village Rd | Benicia, CA 94510 |
| 15937282 | Roselyn Stanley | 4035 Banbury Way | Antioch, CA 94531 |
| 15937283 | Rosemarie Ernes | 216 Waterview Ter | Vallejo, CA 94591 |
| 15937284 | Rosemarie Ernes | 216 Waterview Ter | Vallejo, CA 94591 |
| 15937285 | Rosemary Lopez | 5660 Rosscommon Way | Antioch, CA 94531 |
| 15937286 | Roxanne Samaniego | 2832 Romora Bay Dr | Pittsburg, CA 94565 |
| 15937287 | Ruby McDowell | 2170 Marsh Ave | Pittsburg, CA 94565 |
| 15937288 | Rv Now Llc | 8320 Hwy 107 | Sherwood, AR 72120 |
| 15937289 | Sachin Padival | 638 Karina Ct | San Ramon, CA 94582 |
| 15937290 | Saima Arshad | 537 River Rd | Fairfield, CA 94534 |
| 15937291 | Salwa Jalab | 180 Versailles Pl | Pittsburg, CA 94565 |
| 15937292 | Samantha Sweeney | 3350 Harbor Moon Ct | Vallejo, CA 94591 |
| 15937293 | Samara Ochoa De La Loza | 390 Delta Rd | Oakley, CA 94561 |
| 15937294 | Sandra Barahona | 412 Tradewinds Ct | Bay Point, CA 94565 |
| 15937295 | Sandy Adly Elgendy | 1032 Blue Bird Ln | Brentwood, CA 94513 |
| 15937296 | Sara Malberg | Po Box 2621 | Livermore, CA 94551 |
| 15937297 | Sara Rana | 3553 Rocking Horse Ct | Dublin, CA 94568 |
| 15937298 | Sarah Adeva | 704 Catalina Cir | Suisun City, CA 94585 |
| 15937299 | Sarah Jackson | 4071 Via De Flores | Martinez, CA 94553 |
| 15937300 | Sasha–Gay Kelly | 131 Sunset Ave Ste E 245 | Suisun City, CA 94585 |
| 15937301 | Savita Tolani | 1153 Laguna Creek Ln | Pleasanton, CA 94566 |
| 15937302 | Saynyonoh Durst | 709 Westmoor Cir | Oakley, CA 94561 |
| 15937303 | Shafia Nisha | 138 Anchor Ct | Bay Point, CA 94565 |
| 15937304 | Shahia Raja | 653 Vintage Valley Drive | Fairfield, CA 94534 |
| 15937305 | Shandy Hadley | 514 Vintage Springs Ct | Fairfield, CA 94534 |
| 15937306 | Shankar Srinivasan | 2283 Poppyview Ave | San Ramon, CA 94582 |

15937307 Shaquita Banks 3116 Muse Way Fairfield, CA 94533
15937308 Shawn Williams 8836 Blue River Dr Vallejo, CA 94591
15937309 Shayna Gonzales 1313 Kentucky Dr Concord, CA 94521
15937310 Sheree Peacock 912 Redhaven St Brentwood, CA 94513
15937311 Shikha Khare 2306 Gloria Ct Pleasanton, CA 94588
15937312 Shiv Peparthi 1845 Stageline Cir Rocklin, CA 95765
15937313 Silvia Reyes Decoronel 3600 Northwood Dr Unit E Concord, CA 94520
15937314 Simonne Gaskin 5089 Lockie Ln Fairfield, CA 94533
15937315 Sindhu Abbina 5437 Prewett Ranch Dr Antioch, CA 94531
15937316 Sneha Narahalli 32466 Woodland Dr Union City, CA 94587
15937317 Solano County Tax Collector 675 Texas St Suite 1900 Fairfield, CA 94533
15937318 Sona Gulati 72 N Ponti Dr Mountain House, CA 95391
15937319 Sree Sreedhararaj 3658 Stonehenge Way San Ramon, CA 94582
15937320 Srimathi Chandrasek 266 Sun Ridge Dr San Ramon, CA 94582
15937321 Stephan Dokken 70 Clove Ct Oakley, CA 94561
15937322 Stephanie Pedro 1878 Connor Way Brentwood, CA 94513
15937323 Subramanian Srinivasan 4850 Tassajara Rd Apt 2304 Dublin, CA 94568
15937324 Sue Soungpanya 127 Columbine Dr Hercules, CA 94547
15937325 Sumanaa Manohar 525 Ivy Pointe Cir San Ramon, CA 94582
15937326 Summer Brook 2173 Cristina Way Brentwood, CA 94513
15937327 Summer Winters–Berrian 1981 Hancock Dr Fairfield, CA 94533
15937328 Suneetha Nagaram 1469 S Terra Verde St Mountain House, CA 95391
15937329 Superior Court of California County of Contra Costa 725 Court St Martinez, CA 94553
15937330 Superior Court of California County of Solano 580 Texas St Fairfield, CA 94533
15937331 Surekha Borra 517 Banyan Cir Walnut Creek, CA 94598
15937332 Susan Busby 1730 Gumwood Dr Concord, CA 94519
15937333 Swaminathan Subramaniyan 324 Promontory Ter San Ramon, CA 94583
15937334 Swaminathan Subramaniyan 324 Promontory Ter San Ramon, CA 94583
15937335 Syam Kavala 2956 W Castle Pines Ter Dublin, CA 94568
15937336 Tamara Whitney 1649 Elda Court Pleasant Hill, CA 94523
15937337 Tambra Divine 2358 Fieldgate Dr Pittsburg, CA 94565
15937338 Tamra Mantorr 5600 Starboard Dr Discovery Bay, CA 94505
15937339 Tanya Christenson 1094 Beau Ave Brentwood, CA 94513
15937340 Tanya Martha 2952 Celeste Way Brentwood, CA 94513
15937341 Tanya Mccray 2374 Sheldon Dr Fairfield, CA 94533
15937342 Tara Spinelli 749 Dynasty Dr Fairfield, CA 94534
15937343 Tela Burshtain 205 Oak Cir Walnut Creek, CA 94597
15937344 Teresa Benetti 4275 Valley Ln Fairfield, CA 94534
15937345 Teresa Franklin 2390 Peach Tree Ct Fairfield, CA 94533
15937346 Thea Carrillo 1983 Tioga Loop Hercules, CA 94547
15937347 Theresa Cruz 2069 Bennington Dr Vallejo, CA 94591
15937348 Theresa Mckibben 2550 Hilborn Rd Apt 210 Fairfield, CA 94534
15937349 Thiyagarajan Kalyanasundaram 5720 Owens Dr Apt 204 Pleasanton, CA 94588
15937352 Tiffanie Walker 1708 Westover Ln Suisun City, CA 94585
15937353 Tiffanie Walker 1708 Westover Ln Suisun City, CA 94585
15937350 Tiffany Buccellato 5500 Plumridge Way Antioch, CA 94531
15937351 Tiffany Cressio 324 Belva Ln Pleasant Hill, CA 94523
15937354 Tim Davis 2126 Apricot Ct Pittsburg, CA 94565
15937355 Tom Kaschak 3261 Baker Dr Concord, CA 94519
15937356 Tonya Decambra 2921 Garfield Pl Antioch, CA 94509
15937357 Tracey Collins 1824 Hoover Ct Concord, CA 94521
15937358 Tracey Phinney 60 Adobe Dr Concord, CA 94520
15937359 Tracey Silva 301 Parkfield Way Oakley, CA 94561
15937360 Transworld Systems Inc Po Box 15130 Wilmington, DE 19850–5130
15937361 Tricia Gutierrez 2339 Windsor Ln Oakley, CA 94561
15937362 Trina Vanwinkle 560 Wildrose Way Brentwood, CA 94513
15937363 Trisha Murcia 5258 Concord Blvd Concord, CA 94521
15937364 Tristalee Alves 3746 Killdeer Dr Antioch, CA 94509
15937365 Us Small Business Administration Office of the General Counsel 312 North Spring Street 5th
Floor Los Angeles, CA 90012
15937366 Valerie Fawcett 2144 Prato St Brentwood, CA 94513
15937367 Valerie Mancuso 4257 Wagner Ct Fairfield, CA 94534
15937368 Valerie Patterson 165 Remington St Brentwood, CA 94513
15937369 Valerie Patterson 165 Remington St Brentwood, CA 94513
15937370 Valezka Emes 216 Waterview Ter Vallejo, CA 94591
15937371 Valezka Emes 216 Waterview Ter Vallejo, CA 94591
15937372 Vanessa Soto 1841 Laguna St Apt 219 Concord, CA 94520
15937373 Verizon Po Box 489 Newark, NJ 07101–0489
15937374 Victoria Glisson 128 Shellie Ct Bay Point, CA 94565
15937375 Vitally Gofman 3891 La Vista Ct Concord, CA 94521
15937376 Wells Fargo Card Services Po Box 10347 Des Moines, IA 50306–0347
15937377 Wells Fargo Sbl Po Box 29482 Phoenix, AZ 85038–8650
15937378 Wendy Porche 212 Fruitwood Cmn Brentwood, CA 94513
15937379 Wex Po Box 639 Portland, ME 04104–0639
15937380 Yolanda Berumen 349 Oceana Dr Pittsburg, CA 94565
15937381 Yolanda Coleman 1174 Rex Rd Hayward, CA 94541
15937382 Yolanda Martinez–Lara 3015 German St Fairfield, CA 94534
15937383 Yvonne Carter 2900 Honeynut St Antioch, CA 94509

TOTAL: 529

Case: 26-41552    Doc# 5-1    Filed: 08/03/26    Entered: 08/03/26 12:01:50    Page 8 of 8