Errol J. Zshornack, Esq. (CA SBN 268940)
Law Office of Errol J. Zshornack
43 Palm Ave.
Millbrae, CA 94030
Telephone Number: (415) 412-7479
Fax Number: (650) 350-4277
E-mail: errol@zshornacklegal.com

# United States Bankruptcy Court
## Northern District of California

In re __Virginia Carol Peterson_____     Case No. __26-41552____
                                           Debtor (s)     Chapter ___7_____

## SPOUSAL EXEMPTION WAIVER
## B.L.R. 4003-1(b)

Pursuant to California Code of Civil Procedure § 703.140(a)(2), the below signing Debtor and non-filing spouse of debtor hereby waive the right to claim, during the period the case commenced by filing the petition is pending, the exemptions provided by the applicable exemption provisions of the California Code of Civil Procedure, other than subdivision (b) of § 703.140, in any case commenced by filing a petition for either of them under Title 11 of the United States Code.

Date _____August 1, 2026_____     Signature __/s/ Virginia Carol Peterson_____
                                                        Virginia Carol Peterson
                                                         Debtor

Date _____August 1, 2026_____     Signature __/s/ James Richard Peterson_____
                                                         James Richard Peterson
                                                        Non-filing Spouse of Debtor

Attorney __/s/ Errol J. Zshornack_____
                     Errol J. Zshornack
                     Attorney for Debtor